**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2026 OCT 19 P 3:57
CLERK
SO. DIST. OF GA.

STATE OF GEORGIA v. ALIM DEY
Originating Court: State Court of Screven County, Georgia
State Case No. 2026-ST-CR-810 | Citation No. E06021125
Federal Case No.: ___________________

**NOTICE OF REMOVAL OF STATE CRIMINAL PROSECUTION**
**28 U.S.C. §§ 1443(1), 1455**

Defendant Alim Dey, appearing pro se, submits this Notice of Removal of the above-captioned state criminal prosecution and states:

## I. STATE PROCEEDINGS AND PROCEDURAL HISTORY

**1.** The prosecution concerns a Georgia State Patrol citation issued May 18, 2026, alleging O.C.G.A. § 40-5-29(a). The citation sets an initial appearance for August 5, 2026. Subsequent court notices set August 20, 2026, and November 18, 2026, as court dates. See Exhibits A–C.

**2.** Defendant states that he was not formally arraigned in this or his other Screven County cases, and has never signed a waiver of arraignment. Defendant reports that, on September 21, 2026, he responded "not guilty" when the Solicitor General asked for his plea. Defendant asserts that the handling of his plea and arraignment deprived him of required criminal procedures.

**3.** Defendant reports that his matter was called after other defendants' cases at his August 5, August 20, and September 21 court appearances. He alleges repeated unequal treatment in the administration of his proceedings.

**4.** The Georgia State Patrol road-check report identifies an operational start time of approximately 9:35 p.m. on May 18, 2026; the citation reflects an offense time of 7:09 p.m. Defendant challenges the consistency of those official records. See Exhibits A and D.

**5.** Separate Food Lion-related proceedings, Case No. 25-ST-CR-1543, were also scheduled for August 20, 2026. Defendant references the overlapping court calendar as background; the pending roadblock prosecution identified in the caption is the case for which removal is sought.

**5A.** On September 30, 2026, Defendant attempted to submit a payment through nCourt for the pending roadblock matter. The transaction listed a court amount of $153.00 and a service fee of $7.65, totaling $160.65. On October 1, 2026, the payment processor issued a rejection notice stating: "Must appear on court date: This case is set for a bench trial on 11/18/26, which is a must appear." On October 2, 2026, the processor notified Defendant that a refund of $153.00

had been initiated and listed the net amount paid to court as $0.00. Defendant submits the payment rejection and refund notices as Exhibits E and F to document the attempted payment and the stated reason for rejection. The refund notice does not establish the disposition of the $7.65 service fee.

## II. CONSTITUTIONAL CLAIMS RAISED IN STATE COURT

**6.** Defendant states that he attempted to raise freedom-of-speech rights under the First Amendment, the Full Faith and Credit Clause under Article IV, Section 1, and due-process and equal-protection rights under the Fourteenth Amendment. Defendant reports that he attempted to use recordings, case records, and materials from the proceedings in support of his objections, but was denied a meaningful opportunity to present and obtain consideration of those arguments.

**7.** Defendant invokes U.S. Const. amend. XIV, § 1; U.S. Const. amend. I; and U.S. Const. art. IV, § 1, together with 28 U.S.C. § 1738 where recognition of qualifying judicial records of another state is at issue. Defendant asserts that his procedural objections and supporting materials require judicial consideration.

## III. TREATY RIGHTS, SUPREMACY CLAUSE, AND INDIGENOUS STATUS

**8.** Defendant invokes U.S. Const. art. VI, cl. 2, and Articles 20 and 25 of the United States–Morocco Treaty of Peace and Friendship as renewed in 1836. Defendant asserts that he sought to raise treaty-related arguments in state court and was unable to obtain consideration of them. Article 20 concerns specified consular disputes; Article 25 addresses the treaty's duration and continuation. Defendant asks that the court address the application of the identified provisions to his claimed rights.

**9.** Defendant also invokes 25 U.S.C. § 71, concerning the cessation of future federal treaty-making with Indian tribes and preservation of existing treaty obligations, and cites *Worcester v. Georgia*, 31 U.S. (6 Pet.) 515 (1832), and *United States v. Wheeler*, 435 U.S. 313 (1978), on federal–tribal relations and tribal sovereignty.

**10.** Defendant asserts Indigenous ancestral and tribal status under the statutory words "or other aboriginal tribe" in 8 U.S.C. § 1401(b). That statute provides for citizenship at birth for persons it covers and preserves their rights to tribal or other property. Defendant asserts that his claimed status and any applicable rights should receive consideration under federal law.

## IV. ARRAIGNMENT AND STATE PROCEDURAL LAW

11. O.C.G.A. §§ 17-7-91, 17-7-93, and 17-7-96 govern arraignment notice, plea procedures, and entry of arraignment and plea in Georgia criminal proceedings. Defendant challenges the procedures used in his case and preserves his objections to the treatment of his September 21 statement of "not guilty." See *Hardwick v. State*, 231 Ga. 181, 200 S.E.2d 728 (1973); *Bunn v. State*, 150 Ga. App. 294, 257 S.E.2d 364 (1979).

## V. STATUTORY GROUNDS AND TIMELINESS OF REMOVAL

12. Defendant invokes 28 U.S.C. § 1443(1), which provides removal jurisdiction for a state criminal prosecution when the defendant is denied or cannot enforce in state court a right under a law providing equal civil rights. The governing construction requires a federal right stated in terms of racial equality and a basis for finding that the right cannot be enforced in the state courts. *Georgia v. Rachel*, 384 U.S. 780, 792–804 (1966); *City of Greenwood v. Peacock*, 384 U.S. 808, 827–28 (1966); *Johnson v. Mississippi*, 421 U.S. 213, 219–22 (1975); *Alabama v. Conley*, 245 F.3d 1292 (11th Cir. 2001).

13. Defendant alleges that his attempted presentation of Indigenous-status, treaty, and constitutional claims has been obstructed during the state proceedings. He requests adjudication of his asserted basis for removal under the authorities above. The asserted rights and circumstances are set out in the preceding paragraphs for the Court's determination under § 1443(1).

14. Under 28 U.S.C. § 1455(b)(1), a notice ordinarily must be filed within 30 days after arraignment or before trial, whichever is earlier, unless the district court permits a later filing for good cause. Defendant reports no formal arraignment and identifies a September 21, 2026 plea exchange. If the Court determines that an earlier event triggered the statutory deadline, Defendant requests leave to file upon a showing of good cause based on the disputed procedural history. The next listed state trial date is November 18, 2026.

## VI. REQUEST FOR RELIEF

WHEREFORE, Defendant respectfully requests that this Court: (A) accept and review this Notice and its attached state-court process under 28 U.S.C. § 1455; (B) determine removal jurisdiction under 28 U.S.C. § 1443(1); (C) consider Defendant's asserted constitutional, treaty, and statutory grounds as stated herein; (D) grant leave under § 1455(b)(1) if the Court determines the Notice was filed after the ordinary deadline and good cause is established; and (E) grant such relief as lawfully follows from the Court's determination.

Respectfully submitted,

Alim Dey
Alim Dey, Defendant, Pro Se
Date: 10-15-2026
Mailing address: P.O. Box 84 Sylvania Ga 30467
Telephone/email: 510-306-4713

## CERTIFICATE OF SERVICE

I certify that on 10-19-2026, I served a copy of this Notice of Removal and its attachments upon the prosecuting authority and filed a copy with the Clerk of the State Court of Screven County, Georgia, as provided by 28 U.S.C. § 1455(b)(5).

Prosecuting authority: Alim Dey

Method of service: In Person

Date served: 10-19-2026

State court clerk: ______

Method of filing: ______

Date filed: ______

Alim Dey

Alim Dey

## EXHIBIT INDEX

**Exhibit A.** May 18, 2026 roadblock citation E06021125.

**Exhibit B.** Court notice setting August 20, 2026.

**Exhibit C.** Court notice setting November 18, 2026.

**Exhibit D.** Georgia State Patrol road-check report dated May 18, 2026.

**Exhibit E.** nCourt payment rejection notice dated October 1, 2026 (payment submitted September 30, 2026).

**Exhibit F.** nCourt refund initiation notice dated October 2, 2026.

Exhibits reproduce the scanned pages included in the preceding working package. Defendant must ensure that all process, pleadings, and orders served upon him in the roadblock prosecution accompany any filed notice, as required by 28 U.S.C. § 1455(a).

Judge: Donald O. Sheppard, III

$153.-

DDS-33 (07/22)

## GEORGIA
## UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION

26STCR810 — Court Case Number
GAGSP0000 — NCIC Number
E06021125 — Citation Number

## GEORGIA DEPARTMENT OF PUBLIC SAFETY

Upon (Month) May (Day) 18 (Year) 2026 at 19:09 [ ] AM [X] PM

Operator License No NO

License Class or Type ______ State GA Endorsements ______ Expires ______

Name DEY (Last) ALIM (First) (Middle)

Address 502 E OGEECHEE ST

City SYLVANIA State GA Zip Code 30467-2407

DOB 06/20/1994 Hair BLK Hgt 600 Wgt 150 Sex M Eyes BRO

Veh Yr 2023 Make RAM Style 2500 Color WHI

Registration No SCO7898 Yr 04/2026 State GA

CDL [ ] YES [X] NO ACCIDENT [ ] YES [X] NO INJURIES [ ] YES [X] NO FATALITIES [ ] YES [X] NO

[X] 2 LANE ROAD [ ] NASCAR [ ] Laser [ ] Radar [ ] Paced Vehicle [ ] Other

Within the State of Georgia, did commit the following offense SPEEDING

(Checked by / Serial # Calibrated and Check ______ ) at ______ MPH in a ______ zone

[ ] DUI First Appearance [ ] BLOOD [ ] BREATH [ ] URINE [ ] OTHER DUI Test Results ______

TEST ADMINISTERED BY (if Applicable) ______

OFFENSE (Other than above) DRIVING WITHOUT A LICENSE ON PERSON

in Violation of Code Section 40-5-29(b) of [X] State Law [ ] Local Ordinance

Remarks

| WEATHER | (A) ROAD | (B) | TRAFFIC | LIGHTING | COMMERCIAL VEHICLE INFORMATION |
|---|---|---|---|---|---|
| [X] Clear | [X] Dry | [ ] Concrete | [X] Light | [X] Daylight | [ ] 16+ Passengers |
| [ ] Cloudy | [ ] Wet | [X] Blacktop | [ ] Medium | [ ] Darkness | [ ] Commercial Vehicle Violation |
| [ ] Raining | [ ] Ice | [ ] Dirt | [ ] Heavy | [ ] Other | [ ] Hazardous Material Violation |
| [ ] Other | [ ] Other | [ ] Other | | | |

County Of SCREVEN and ______ miles ______ of (city) ______

HALCYONDALE RD / GA 21

on ______ at or near mile post ______ or within (city) SYLVANIA

at or (secondary location) ______

OFFICER (Print) KEIDY TERRERO Badge# 0364 Div GSPPPOST 21

You are hereby ordered to appear in Court to answer the charge on Wednesday, August 5, 2026

at 0900 in the SCREVEN COUNTY STATE COURT

at 216 MIMS RD, SYLVANIA, GA 30467, WWW.SCREVENCOUNTYDOC.COM/TICKET

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you may cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license may be suspended. (Georgia Code 17-6-11 and 40-5-58) The suspension may remain in effect until such time as there is a satisfactory disposition in this matter, or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL [X] YES [ ] NO RELEASED TO APPEAR

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE [signature]

ARRESTING OFFICER CERTIFICATION

The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth, contrary to law

SIGNATURE [signature] Signature of Arresting Officer Badge# 0364

AUTHORIZED AND APPROVED PURSUANT TO OCGA 40-13-1 DDS REG 375-3-4-.03 18

COURT COPY

E06021125

DATE ______ COURT ACTION AND OTHER ORDERS

The within complaint has been examined and there is probable cause for filing the same. Leave is hereby granted to file the complaint.

Complaint filed ______

Bail fixed at $ ______ or cash deposit of $ ______

Signature of person taking bail ______ Signature of person giving bail ______

Fine in the amount of $ ______ received as required by court schedule

Signature of Clerk

Continuance to ______ Reason ______

Continuance to ______ Reason ______

Warrant Issued ______ Warrant Served ______

Waives Trial by Jury ______

ON ARRAIGNMENT, THE DEFENDANT PLEADS ______

APPEARANCE, PLEA OF GUILTY AND WAIVER

I, ______ have been advised that I am being charged with ______ and that the maximum punishment that I can receive is ______ and/or imprisonment and/or a $ ______ fine.

I have been advised of my rights to be represented by counsel and have counsel appointed to represent me if I am indigent, plead not guilty and be tried by a jury or a judge, confront the witnesses against me, and not give incriminating evidence against myself. I hereby waive these rights, state that I have not been induced by any threat or promise to enter this plea and do freely and voluntarily enter my plea of Guilty.

This ______ day of ______

Accused ______

I, ______ have advised the above-named accused as indicated above of his/her rights, the nature of the case against him/her and the possible consequences of the plea as entered. I am satisfied that there is a factual basis for the guilty plea which the accused has entered and that it was entered freely and voluntarily with understanding of the nature of the charge and the consequences of the plea

JUDGE

DISPOSITION AND SENTENCE

Court ______ City ______

Defendant Pleads [ ] (2) Guilty [ ] Not Guilty [ ] (4) Nolo Cont'd

Tried [ ] Jury [ ] Court Adjudicated [ ] (1) Guilty [ ] Not Guilty

Other Action [ ] (2) Bond Forfeiture [ ] Nolle Prossed [ ] No Bill [ ] No Record

Sentence Amount Fine/Forfeiture $ ______ Days (Months) in jail ______ Traffic School ______ Days (Months) probation

Other order ______

Appeal Bond of $ ______ Date ______ Appeal to ______ Court

As provided by law, I hereby certify that the information on this ticket is a true abstract of the record of the court or bureau in this case

DISPOSITION DATE ______ Signature of Judge or Clerk

IN THE STATE COURT OF SCREVEN COUNTY, GEORGIA

THE STATE OF GEORGIA

Vs. CASE NUMBER: 2026 ST-CR- 116

Alvin Bey
Defendant

**SUMMONS / RETURN NOTICE**

You are commanded and ordered to be and appear before the presiding Judge of said court at the main courtroom of the Screven County Courthouse, 216 Mims Road, Sylvania, Georgia 30467, on the 26th day of August, 2026 at 9:00 A.M./P.M.

Your matter is continued until said date at which time you are scheduled for the following:

- ____ Arraignment
- X Plea Day / Bench Trial
- ____ Calendar Call
- ____ Final Disposition of your case / Pay fine in the amount of $________.
- ____ Complete Defensive Drive School (DDS) course and submit proof of completion.
- ____ Write Essay (2 pages over what you learned from the Defensive Driving Course).
- ____ Provide the Court with your 2-year driving history from the Dept. of Driver's Services
- ____ Probation Revocation
- ____ Other (________________)

**FAILURE TO APPEAR MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR YOUR ARREST, AND/OR FORFEITURE OF YOUR BOND, AND/OR NOTICE OF INTENT TO SUSPEND YOUR DRIVING PRIVILEGES.**

Any questions should be directed to your attorney, or the Clerk of Court at (912)564-7601, or the Solicitor General at (912)564-7821 or by e-mail at screvencosolicitor2024@gmail.com.

This 5th day of August, 2026.

[signature] Clerk

**ACKNOWLEDGEMENT OF SERVICE**

YOU WILL NOT RECEIVE AN ADDITIONAL NOTICE.

YOU MUST NOTIFY THE CLERK WITH ANY CHANGES TO YOUR ADDRESS/PHONE NUMBER.

________ Defendant's Signature
________ Mailing Address
________ City/State/Zip Code

________ Attorney

WHITE-CLERK CANARY-ATTORNEY

IN THE STATE COURT OF SCREVEN COUNTY, GEORGIA

THE STATE OF GEORGIA

Vs.

CASE NUMBER: 26 ST-CR- 810

Allan Day
Defendant

**SUMMONS / RETURN NOTICE**

You are commanded and ordered to be and appear before the presiding Judge of said court at the main courtroom of the Screven County Courthouse, 216 Mims Road, Sylvania, Georgia 30467, on the 14 day of November, 20 26 at 1 A.M./P.M.

Your matter is continued until said date at which time you are scheduled for the following:

_____ Arraignment
__X__ ~~Plea Day~~ / Bench Trial
_____ Calendar Call
_____ Final Disposition of your case / Pay fine in the amount of $_____.
_____ Complete Defensive Drive School (DDS) course and submit proof of completion.
_____ Write Essay (2 pages over what you learned from the Defensive Driving Course).
_____ Provide the Court with your 2-year driving history from the Dept. of Driver's Services
_____ Probation Revocation
_____ Other (_____)

**FAILURE TO APPEAR MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR YOUR ARREST, AND/OR FORFEITURE OF YOUR BOND, AND/OR NOTICE OF INTENT TO SUSPEND YOUR DRIVING PRIVILEGES.**

Any questions should be directed to your attorney, or the Clerk of Court at (912)564-7601, or the Solicitor General at (912)564-7821 or by e-mail at screvencosolicitor2024@gmail.com.

This 11 day of September, 20 26.

[signature] Clerk

**ACKNOWLEDGEMENT OF SERVICE**

**YOU WILL NOT RECEIVE AN ADDITIONAL NOTICE.**

**YOU MUST NOTIFY THE CLERK WITH ANY CHANGES TO YOUR ADDRESS/PHONE NUMBER.**

[signature] Defendant's Signature
_____ Mailing Address
_____ City/State/Zip Code

_____ Attorney

WHITE-CLERK CANARY-ATTORNEY

# Georgia Department of Public Safety
## Roadblock Final Report

**Post:** 21 **Roadblock authorized by:** SFC. Robert M. Sowell # 494
(Supervisor/Rank)

**Date of Roadblock:** 05/18/2026 **Time Roadblock Began & Ended:** 2135-2343

**Roadblock Location:** Halcyondale Road / Georgia 21
(Street name and County)

**The authorization of this Roadblock occurred on: (Date)** 05/18/2026 **(Time)** 1830

**Briefing held prior to roadblock:** ✓ **yes** ____ **no**
If yes- Briefing Supervisor: SFC. Robert M. Sowell # 494
Date: 05/18/2026 Time: 1830 Location: via phone

**Roadblock Set Up: (Mark ones that apply)**
3 Marked GSP Cars (how many)
✓ Blue Lights
✓ Uniformed Troopers
✓ Reflective Vests
____ Cones
____ Signs
____ Lighting (other than cars)
____ Other ____

**Troopers assigned to Roadblock: How many** 3 **(Name & Badge #)**
TFC1. H Terrero # 954
TPR. S Turner #739
TPR. T. Vallely # 266

**All Troopers qualified in DUI detection, including SFST:** ✓ **yes** ____ **no (list trooper(s) below)**

**Results:**

Number: Appearance Citations: 5 Custodial Arrests (not DUI): 5 DUI Arrests: 0

Delay to motorists minimal: ✓ yes ____ no (explain) ____

All vehicles stopped: ✓ yes ____ no (explain) ____

Was roadblock suspended and resumed: ____ yes ✓ no
If yes - By whom: ____
Why: ____
Time Stopped: ____ Time Restarted: ____

Supervisor present at roadblock: ____ yes ✓ no
If yes, name, rank, and badge #: ____

Other agencies participated: ✓ yes ____ no
If yes – Agency Screven County SO # officers 3 # marked cars 3

Notes: ____

Robert M Sowell 05/18/26
Supervisor's Signature and Date

[Records custodian affix certification sticker here for court certified copies.]

# GEORGIA DEPARTMENT OF PUBLIC SAFETY

## ROADBLOCK SUPERVISOR INITIATION APPROVAL FORM

Post 21

Implementing Supervisor SFC. Robert M. Sowell # 494

Date of authorization 05/18/2026 Time of authorization 1830

Date of roadblock 05/18/2026 Time of roadblock 2135

Roadblock location Halcyondale Road / Georgia 21
(street name and county)

Roadblock supervisor SFC. Robert M. Sowell # 494

I, SFC. Robert M. Sowell # 494 (PRINT supervisor name and rank), serve in a supervisory capacity and am authorized to direct and establish lawful roadblocks, hereby approve for Georgia State Patrol troopers under my command to establish or participate in a lawfully authorized roadblock for the legitimate primary purpose of improving driving safety and, more specifically, to perform routine traffic checks for the following:

- ✓ Driver's license/Insurance/Registration Verification
- ✓ Seatbelt compliance
- ✓ Driver Impairment
- ✓ Vehicle Fitness/Vehicle Safety Compliance
- ____ Location of dangerous felon likely to take designated route
- ____ Other ____

Roadblocks shall not be established for the general purpose of crime control or deterrence.

Night Roadblock? (✓) YES ( ) NO
If Yes, Troop Command Notified Prior to Start of Roadblock? (✓) YES ( ) NO

Robert M Sowell #494
Supervisor's Signature

05/18/2026
Date

SFC. Robert M. Sowell # 494
Supervisor's Printed Name, Rank and Badge Number

*DPS-206* (Revised April 2019)

EXHIBIT E

Gmail - Fw: Your payment has been Rejected!

Gmail Nzingha Bluefoot Dey <nzinghadey@gmail.com>

# Fw: Your payment has been Rejected!

**Jose Martinez** <bjeanmartinez@sbcglobal.net> Thu, Oct 1, 2026 at 1:12 PM
Reply-To: Jose Martinez <bjeanmartinez@sbcglobal.net>
To: Nzingha Bluefoot Dey <nzinghadey@gmail.com>, Jose Martinez <bjeanmartinez@sbcglobal.net>

----- Forwarded Message -----
**From:** customerservice@nCourt.com <customerservice@ncourt.com>
**To:** "bjeanmartinez@sbcglobal.net" <bjeanmartinez@sbcglobal.net>
**Sent:** Thursday, October 1, 2026 at 08:47:20 AM EDT
**Subject:** Your payment has been Rejected!

APPROVAL STATUS >>

Your payment has been **REJECTED.**

Your payment will be refunded to the card used during the original transaction.
Your refund will be processed within five to ten business days. Another email will be sent once your refund has been processed.

Your obligation has not been satisfied with Screven County State Court. Please refer to the comments box for additional instructions.

**Please call (833) 460-8566 if you have any questions regarding this information.**

Important Information About Your Payment

| Description | ID | Status | Comments | Status Updated | Amount |
|---|---|---|---|---|---|
| Citation Payment | C65TCR810 | Rejected | Must appear on court date: This case is set for a bench trial on 11/18/26, which is a must appear. | 10/1/2026 8:47:18 AM | $153.00 |

**Receipt Date:** 9/30/2026 4:32:06 PM ET
**Invoice Number:** B2F4C090-4C68-4995-A102-0EF3F3AEB4BC

**Service Fee:** $7.65
**Total Amount Paid:** $160.65

From

| | |
|---|---|
| Name: | Screven County State Court |
| Address 1: | 216 Mims Road |
| Address 2: | |
| City: | Sylvania |
| State: | Georgia |
| Zip: | 30467 |

Name on Payment

| | | | | | |
|---|---|---|---|---|---|
| First Name: | Alim | Last Name: | Dey | | |
| Address 1: | PO Box 84 | | | | |
| Address 2: | PO Box 84 | | | | |
| City: | Sylvania | State: | GA | Zip: | 30467 |
| Phone: | (510) 306-4713 | Birth Date: | 08/28/1954 | | |

**EXHIBIT F**

Gmail

Nzingha Bluefoot Dey <nzinghadey@gmail.com>

# Fwd: Your Payment Refund Has Been Initiated

Jose Martinez <bjeanmartinez@sbcglobal.net>
To: Nzingha Bluefoot Dey <nzinghadey@gmail.com>

Fri, Oct 2, 2026 at 4:40 PM

Sent from my iPhone. Barbara Martinez

Begin forwarded message:

**From:** customerservice@ncourt.com
**Date:** October 2, 2026 at 8:16:10 AM EDT
**To:** bjeanmartinez@sbcglobal.net
**Subject: Your Payment Refund Has Been Initiated**

nCourt
Payments Made Easy

A refund of $153.00 has been initiated to the account used in the transaction below.
Please note that it may take several business days for your financial institution to credit your account in response to this refund.
Please call 800-701-8560 if you have any questions.

Sincerly,
Refund Department
nCourt LLC

Date Submitted: 9/30/2026 4:32:06 PM
Item Number: C65TCR810
Amount Paid: $153.00

Court Amount Submitted: $153.00
Court Amount Refunded: $153.00
Net Amount Paid to Court: $0.00

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify nCourt at customerservice@ncourt.com by e-mail and destroy the original message and all copies. Moreover, nothing in this email can or should be construed as legal advice, nor is intended as legal advice. Thank you.

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

STATE OF GEORGIA

(b) County of Residence of First Listed Plaintiff: Screven County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Screven County prosecuting authority
Counsel name and address presently unknown

## DEFENDANTS

ALIM DEY
Defendant / Removing Party

County of Residence of First Listed Defendant: Screven County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Alim Dey, Defendant / Removing Party, Pro Se
P.O. Box 84, Sylvania, Georgia 30467

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☒ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1443(1) and 1455

Brief description of cause:
Removal of Screven County State Court prosecution, No. 2026-ST-CR-810 (Citation E06021125).

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ N/A

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ____ DOCKET NUMBER ____

DATE ____ SIGNATURE OF ATTORNEY OF RECORD Alim Dey

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____